UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| CHRISTOPHER MITCHELL, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Amphetamine) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) |
| | : | (Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Marijuana) |
| | : | 21 U.S.C. § 860(a) |
| | : | (Unlawful Possession with Intent to Distribute Amphetamine Within a 1000 Feet of a School) |
| | : | 21 U.S.C. § 860(a) |
| | : | (Unlawful Possession with Intent to Distribute Marijuana Within a 1000 Feet of a School) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | (Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(a) and (p), and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about April 20, 2023, within the District of Columbia, **CHRISTOPHER MITCHELL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2020-CF2-006785, 2019-CF2-008205, and 2018-CF2-010405, did unlawfully and knowingly receive and possess firearms, that is, a Glock 22, .40 caliber semi-automatic firearm, a Glock 19, 9mm semi-automatic firearm, and, a Glock 22, .40 caliber semi-automatic firearm, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition and 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1))**

## COUNT TWO

On or about April 20, 2023, within the District of Columbia, **CHRISTOPHER MITCHELL**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Amphetamine, a Schedule II narcotic drug-controlled substance.

**(Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Amphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))**

## COUNT THREE

On or about April 20, 2023, within the District of Columbia, **CHRISTOPHER MITCHELL**, did unlawfully, knowingly, and intentionally possess with intent to distribute a

mixture and substance containing a detectable amount of Marijuana, a Schedule I narcotic drug-controlled substance.

> **(Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))**

## COUNT FOUR

On or about April 20, 2023, within the District of Columbia, **CHRISTOPHER MITCHELL**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of Amphetamine, a Schedule II controlled narcotic substance, in violation of Title 21, United States code, Section 841(a)(1), within one thousand feet of the real property of two schools, comprising the Girls Global Academy, a high school in the District of Columbia, and the Georgetown University School of Continuing Studies, a graduate school in the District of Columbia.

> **(Unlawful Distribute of a Controlled Substance with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Amphetamine Within 1000 Feet of a School, in violation of Title 21, United States Code, Sections 860(a))**

## COUNT FIVE

On or about April 20, 2023, within the District of Columbia, **CHRISTOPHER MITCHELL**, did unlawfully, knowingly, and intentionally distribute a detectable amount of Marijuana, a Schedule I narcotic drug-controlled substance, in violation of Title 21, United States code, Section 841(a)(1), within one thousand feet of the real property of two schools, comprising the Girls Global Academy, a high school in the District of Columbia, and the Georgetown University School of Continuing Studies, a graduate school in the District of Columbia.

> **(Unlawful Distribute of a Controlled Substance with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Marijuana Within 1000 Feet of a School, in violation of Title 21, United States Code, Sections 860(a))**

## COUNT SIX

On or about April 20, 2023, within the District of Columbia, **CHRISTOPHER MITCHELL**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts Two Through Five of this Indictment, which is incorporated herein, firearms, that is, a Glock 22, .40 caliber semi-automatic firearm, a Glock 22, .40 caliber semi-automatic firearm, and a Glock 19, 9mm semi-automatic firearm.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))**

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Counts One through Six of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to two Glock 22, .40 caliber semi-automatic firearms and .40 caliber ammunition, and a Glock 19, 9mm semi-automatic firearm and 9mm ammunition.

2.      Upon conviction of either of the offenses alleged in Counts One through Six of this indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these

offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.

5